Ray K. Shahani, Esq.         SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone:     (650) 348-1444
Facsimile:     (650) 348-8655
Email:         rks@attycubed.com

Attorney for Plaintiff
NATURAL WELLNESS CENTERS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INSTITUTE OF NUTRITION AND NATURAL HEALTH, INC., a Florida corporation, MARIBEL SANTA CRUZ aka DRA. MARIBEL, a Florida resident; and DOES 1-10,<br><br>Defendants. | Case No:     13-03540 LB<br><br>Honorable Laurel Beeler<br><br>NOTICE OF DISMISSAL WITH PREJUDICE : ORDER<br><br>Demand for Jury Trial |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY REQUESTED by Plaintiff to this action NATURAL WELLNESS CENTERS OF AMERICA, a California corporation, through its counsel of record, that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants, i.e., INSTITUTE OF NUTRITION AND NATURAL HEALTH, INC., a Florida corporation, MARIBEL SANTA CRUZ aka DRA. MARIBEL, a Florida resident, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party to waive its rights to appeal and to bear its own costs and attorney's fees.

1
2
3  Date:   September 23, 2013          Plaintiff's Counsel        /S/ Ray K. Shahani
                                                                 Signature
4
                                       Plaintiff's Counsel        Ray K. Shahani, Esq.
5                                                                 Printed Name
   ///
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1     IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is
2 dismissed as to all defendants with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules
3 of Civil Procedure. The parties will bear their own attorney's fees and costs of suit.

    IT IS SO ORDERED.

Dated: September 26, 2013

                                         United States Magistrate Judge
                                         Hon. Laurel Beeler

///