Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655
Email: rks@attycubed.com

Attorney for Plaintiff
NATURAL WELLNESS CENTERS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INSTITUTE OF NUTRITION AND NATURAL HEALTH, INC., a Florida corporation, MARIBEL SANTA CRUZ aka DRA. MARIBEL, a Florida resident; and DOES 1-10,<br><br>Defendants. | Case No: 13-03540 LB<br><br>Honorable Laurel Beeler<br><br>NOTICE OF DISMISSAL WITH PREJUDICE ; ORDER<br><br>Demand for Jury Trial |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY REQUESTED by Plaintiff to this action NATURAL WELLNESS CENTERS OF AMERICA, a California corporation, through its counsel of record, that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants, i.e., INSTITUTE OF NUTRITION AND NATURAL HEALTH, INC., a Florida corporation, MARIBEL SANTA CRUZ aka DRA. MARIBEL, a Florida resident, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party to waive its rights to appeal and to bear its own costs and attorney's fees.

Date: September 23, 2013 Plaintiff's Counsel /S/ Ray K. Shahani
Signature

Plaintiff's Counsel Ray K. Shahani, Esq.
Printed Name

///

IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed as to all defendants with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The parties will bear their own attorney's fees and costs of suit.

IT IS SO ORDERED.

Dated: September 26, 2013

United States Magistrate Judge
Hon. Laurel Beeler

///